Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

___U.S.___ District of ___MONTANA___

Billing's Division

| | |
|---|---|
| DENNIS M. FRIEDT<br>Plaintiff(s)<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>James n Salmonsen/Greg Gianforte, Gov.<br>Montana State Prison / State Of Montana<br>Defendant(s)<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____<br>(to be filled in by the Clerk's Office) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s) DENNIS M. FRIEDT

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: DENNIS M. FRIEDT
All other names by which you have been known: NONE
ID Number: 3015408
Current Institution: Montana State Prison
Address: 700 Conley Lake Road
Deer Lodge, MT. 59722
City / State / Zip Code

### B. The Defendant(s) Judge Donald L. Harris, Warden JAmes Salmonsen, Brian Gootkin (Director) Greg Gianforte, GOV. Brian M. Morris, Mike McGArth

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Donald L. Harris, (Judge 13th District Court)
Job or Title (if known): District Court Judge, Yellowstone County.
Shield Number: unknown
Employer: State of Montana, Yellowstone County Dist. Court.
Address: 217 Nth 27th St.
Billing's, MT 59107
City / State / Zip Code
[ ] Individual capacity  [x] Official capacity

**Defendant No. 2**
Name: James Salmonsen
Job or Title (if known): Warden at Montana State Prison
Shield Number: unknown
Employer: State OF Montana
Address: 700 Conley Lake Road
Deer Lodge, MT. 59722
City / State / Zip Code
[ ] Individual capacity  [x] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
Name: Brian Gootkin
Job or Title (if known): Director, Department Of Corrections
Shield Number: unknown
Employer: Stae Of Montana
Address: 5 last Chance Gulch
City: Helena, State: MT., Zip Code: 59601
[ ] Individual capacity   [x] Official capacity

**Defendant No. 4**
Name: Mike McGarth
Job or Title (if known): Chief Justice Supreme Court
Shield Number: unknown
Employer: State OF Montana
Address: P.O.BOX 203003
City: Helena, State: MT., Zip Code: 59620-3003
[ ] Individual capacity   [x] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):
[ ] Federal officials (a *Bivens* claim)
[x] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Discrimination

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Equal Protection of the laws, Statutes, Civil rights, Due process of the 14th Amendment. 5th Amendment of Double jeopardy 6th Amendment of Ineffective Assistance of Counsel. 7th Slavery, 8th Denied Bail, Privacy, § 27-1-801, 27-1-802, 27-1-803

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendants Failed to produce Affidavit probable cause Motion to Leave To File Information Application. ANd Defendants Failed to Provide Order Granting Leave To File Application and With a District court Judges signature on it, or application is denied.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Each Defendant had Knowledge that the District Attorney Failed to Follow the M.C.A

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Sept 17th 2017 in Billing's, MT. I was arrested without a warrant, I was Jailed with out the proper Documents to charge me with, I was sentenced without the propwer documents and I was forced to sign a plea deal as a Citizen under duress and sent to prison for the last 6 years illegally sold as a slave to the State by my Son and Morgan E. Dake, D.A.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Yellowstone County Detention Facily, 3565 King Ave. East, Billings, MT. 59101

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

Sept 17th 2017 at 7:30 Am Monday in ther heights.

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

I was Arrested and charged for Murder/rape on a 9 year old and charged for sexual assault on a 8,8,10 year old. without a warrant off a Affidavit Probable Cause Motion for Leave to file a information Application signed by a District Court Judge and the ORDER GRANTING the application signed by the Judge and the application was denied and I should have never been Arrested or charged. There is no Case Register Report Showing the Evidence I explained to you under § 46-11-201 (1)(2)(3)(4). This is a false crime plotted by Morgan E. Dake And Jacine Fenmore and Nick, fenmore

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

MY LIBERTY, FREEDOM, Denied Medical Emergency Services for a heart attack june 30 2022 in M.S.P. two guards tried to run me over April 18th 2023, A Unit Mangaer threaten to have me murdered by a lifer. Assaulted in Shelby and RAPED AND medical malpractice for a tumor on my head, I had to cut open inorder to relief the pain. I was forced to take a Covid -19 shot which Caused the collasped artery to my heart. I was publicly Humiliated in the State of Montana in the Billing's Gazette and the KULR 8 T.V. Programing. I was Denied Medical Emergency Services 2 times for 2½ months for many Heart Attacks.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Relief I want, I want out of prison due to FALSE ACCUSATIONS AND ARREST BY YELLOWSTONE COUNTY ATTORNEY'S OFFICE FAILURE TO FILE THE LEGAL AND PROPER DOCUMENTS TO ACCUSE ME OF MURDER. NO Warrant or Case Register Report, that is why Judge Harris Sealed the record. I want my FREEDOM/plus the State Violated my rights in State V. Ronald E. KNAPP 2022 MT. 35N see Chief Justice's Opinion.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." This has nothing to do with the Prison Problems.

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No   Before I was illegally Arrested

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). I was unawre of the illegal arrest I had no attorney after I fired Greg Paskell For Lying to me.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No   THIS DOES NOT APPLY IN THIS CASE:

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No   THIS DOES NOT APPLY IN THIS CASE:

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No    THIS DOES NOT APPLY IN THIS CASE:

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No    THIS DOES NOT APPLY IN THIS CASE:

E. If you did file a grievance:

1. Where did you file the grievance?

   Does Not Apply in this Case:

2. What did you claim in your grievance?
   N/A

3. What was the result, if any?
   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   Does Not Apply: In This Case:

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

This Is Not a grievance subject and does Not apply:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Judge Susan Watters and T.J. Cavan Magistrate in a Habeas Corpus Relief Application 1:23-cv-00051-SPW-TJC.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Direct Appeals in the Supreme Court Dismissed to cover up the Judicial miscarriage of Justice on Nov.19 2019 when CHIEF Justice Mike McGArth dismissed my dirrect appeals with out defendant being represented by a attorney at the critical stage of sentencing.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) see 1:23-cv-00051-SPW-TJC Documentation plus this Violation of Statute for a D.O.C sentence for Suspended TIME

VIII. Previous Lawsuits   Previous law suits do not apply sincxe I am a civilian illegaly sitting in prison, un sentenced, §46-11-201.

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

The Courts have lied to me for the last 6 years.

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No I am being held against my wil as a SLAVE under the 7th Amendment no legal documentation to charge me with, See Case Register Reports

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

U.S. District Court Illegally agaihst a civilian in a MT. Prison.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action? Jury's deal with Facts not Judges or Magistrates they are to deal with Statute's and Rules:

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

  1. Parties to the previous lawsuit
     Plaintiff(s)   N/A
     Defendant(s)   _____

  2. Court (if federal court, name the district; if state court, name the county and State)
     N/A

  3. Docket or index number
     N/A

  4. Name of Judge assigned to your case
     N/A

  5. Approximate date of filing lawsuit
     N/A

  6. Is the case still pending?
     ☐ Yes
     ☐ No   N/A

     If no, give the approximate date of disposition.   N/a

  7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No     N/A

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit    N/A
   Plaintiff(s)
   Defendant(s) _____

2. Court (if federal court, name the district; if state court, name the county and State)
   
   N/A
   _____

3. Docket or index number
   
   N/A
   _____

4. Name of Judge assigned to your case
   
   N/A
   _____

5. Approximate date of filing lawsuit
   
   N/A
   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No     N/A
   
   If no, give the approximate date of disposition    N/a

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)   N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

This Does this is new and for freedom only, I am here without Cause

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 22, 2023

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: DENNIS M. FRIEDT
Prison Identification #: 3015408
Prison Address: 700 Conley Lake Road, Deer Lodge, MT, 59722

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____

Telephone Number: (406)-415-6519
E-mail Address: Dennis M. Friedt @Edovo.Com