UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | |
|---|---|
| DENNIS FRIEDT, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 23-57-BU-BMM |
| vs. | |
| JAMES SALMONSEN, ET AL., | |
| Defendants. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of May 23, 2023 (Doc. 4), this action is DISMISSED for failure to pay the filing fee.

Dated this 27th day of June, 2023.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk